NOT FOR PUBLICATION (Doc. No. 12)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| KEITH E. LECLAIRE | : | Civil No. 11-7637 (RBK/KMW) |
| Plaintiff | : | **ORDER** |
| v. | : | |
| HECTOR A. HADDOCK and EAST COAST BULK CORP. | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon Plaintiff Keith E. LeClaire's ("Plaintiff") motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2); and

**IT APPEARING TO THE COURT** that Plaintiff served Defendants in this matter with a Complaint and Summons via substituted service as ordered by the Court on December 17, 2012 (Doc. No. 10); and

**IT FURTHER APPEARING TO THE COURT** that such substituted service was executed on December 21, 2012 (*see* Affidavit of Service, Doc. No. 11); and

**IT FURTHER APPEARING TO THE COURT** that Defendants did not file an answer to Plaintiff's Complaint within the 21-day time period for a responsive pleading under Fed. R. Civ. P. 12(a)(1)(A)(i); and

**IT FURTHER APPEARING TO THE COURT** that Plaintiff did not seek an entry of default from the clerk of court under Fed. R. Civ. P. 55(a) after Defendants failed to plead or otherwise defend in this matter; and

**IT FURTHER APPEARING TO THE COURT** that, since Plaintiff filed the instant motion for default judgment, Defendants have filed their Answer to Plaintiff's Complaint (Doc. No. 13); and

**THE COURT NOTING** that a party seeking relief under Fed. R. Civ. P. 55(b)(2) must first obtain an entry of default from the clerk of court under Fed. R. Civ. P. 55(a) as a precondition of obtaining a default judgment (*see Doug Brady, Inc. v. New Jersey Bldg. Laborers Statewide Funds*, 250 F.R.D. 171, 177 (D.N.J. 2008) (citing *Nationwide Mutual Ins. Co. v. Starlight Ballroom Dance Club, Inc.*, 175 Fed. App'x 519, 521 n.1 (3d Cir. 2006)));

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **DENIED**.

Dated:   2/8/2013                                                  /s/ Robert B. Kugler
                                                                                                    ROBERT B. KUGLER
                                                                                                    United States District Judge